<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

K. H.,                                          :
                        Petitioner             :        SEALED CASE
                                               :
            v.                                 :
                                               :
Department of Human Services,                  :
                        Respondent             :        No. 739 C.D. 2022


**<u>PER CURIAM</u>**                 **<u>O R D E R</u>**

        NOW, May 30, 2024, upon consideration of Petitioner's application for reargument, the application is DENIED.